1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DEMON FRUTOS, *et al*. | Case No. 1:22-cv-00482-AWI-CDB |
| Plaintiffs, | ORDER ON STIPULATION AMENDING SCHEDULING ORDER (Doc. 13) <u>AS MODIFIED</u> |
| v. | |
| UNITED STATES OF AMERICA, | (Doc. 15) |
| Defendant. | |

On April 25, 2022, Plaintiffs George Demon Frutos and Evon Taylor Fulmer ("Plaintiffs") filed a complaint against the United States of America. (Doc. 1). On September 14, 2022, the Honorable Magistrate Judge Stanley A. Boone issued a scheduling order setting forth case management dates for this action. (Doc. 13).

Pending before the Court is the parties' stipulated request for an amendment to the scheduling order that continues most case management dates by 60 days. (Doc. 15). Based on the parties' stipulation, and good cause appearing, it is HEREBY ORDERED, the Scheduling Order is amended as follows:

/ / /

/ / /

/ / /

| EVENT | DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-expert discovery | April 14, 2023 | June 16, 2023 |
| Expert disclosures | June 26, 2023 | August 25, 2023 |
| Rebuttal Expert Disclosures | August 25, 2023 | October 27, 2023 |
| Expert Discovery Cut-Off | October 27, 2023 | December 22, 2023 |
| Dispositive Motion Filing | December 18, 2023 | January 19, 2024 |
| Dispositive Motion Hearing | Pursuant to Local Rules | February 16, 2024 |
| Pre-Trial Conference | February 8, 2024 | March 7, 2024 |
| Trial | April 2, 2024 | April 30, 2024 (Tuesday) 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **April 5, 2023**                                   _____
                                                          UNITED STATES MAGISTRATE JUDGE

2