UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DEMON FRUTOS, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:22-cv-00482-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING EXPERT DISCOVERY DEADLINES<br><br>(Doc. 23) |

On April 25, 2022, Plaintiffs George Demon Frutos and Evon Taylor Fulmer ("Plaintiffs") filed a complaint against Defendant the United States of America. (Doc. 1). On September 14, 2022, the Court issued a scheduling order and, upon the parties' subsequent request, amended case management dates on April 5, 2023. (Docs. 13, 16).

Pending before the Court is the parties' stipulated request to amend the expert disclosures and supplemental expert disclosure deadlines. (Doc. 23 at 1-2). Based on the parties' stipulation and good cause appearing, it is HEREBY ORDERED:

1. The deadline to make initial expert disclosures, presently set for August 25, 2023, is continued to September 11, 2023;

2. The deadline to make supplemental expert disclosures, presently set for October 27, 2023, is continued to November 3, 2023; and

3.  All other case management dates (Doc. 16) shall remain unchanged.

IT IS SO ORDERED.

Dated: __**August 14, 2023**__                    _____
UNITED STATES MAGISTRATE JUDGE