UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DEMON FRUTOS, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:22-cv-00482-NODJ-CDB<br><br>ORDER ON STIPULATION EXTENDING EXPERT DISCOVERY DEADLINE<br><br>(Doc. 23) |

On April 25, 2022, Plaintiffs George Demon Frutos and Evon Taylor Fulmer ("Plaintiffs") initiated this action with the filing of a complaint against Defendant the United States of America. (Doc. 1). On September 14, 2022, the Court issued a scheduling order and, upon the parties' subsequent requests, amended case management dates on April 5, 2023, and August 14, 2023. (Docs. 15-16, 23-24).

Pending before the Court is the parties' second stipulated request to amend the expert discovery deadline. (Doc. 26). The parties state they "do not anticipate any dispositive motions, and extending the expert discovery deadline will not impact the pre-trial conference or trial dates." *Id*. at 1.

/ / /

/ / /

1

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. The deadline to complete expert discovery presently set for December 22, 2023, is continued to January 31, 2024; and
2. All other case management dates (Doc. 16) shall remain unchanged.

IT IS SO ORDERED.

Dated: **December 21, 2023**

UNITED STATES MAGISTRATE JUDGE